# UNITED STATES DISTRICT COURT
### for the

_Montan_ District of _Missoula_

_____ Division

|  |  |
|---|---|
| Todd Schrier | Case No. _____ |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space above and attach an additional page with the full list of names.)_ | |
| -v- | |
| Jim Salmonson, Bloodworth, Shelly Stoh, Molnair, Dr, Blausd, | |
| _Defendant(s)_ | |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space above and attach an additional page with the full list of names. Do not include addresses here.)_ | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: Todd Scheier

All other names by which you have been known:

ID Number: 2156682

Current Institution: M. St. Prison

Address: 700 Conley Lake Rd.

Deerlodge    MT.    59722
City        State      Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name: Jim Solomonson

Job or Title *(if known)*: Warden

Shield Number: ~N~

Employer: St. of Montana

Address: 400 Conley Lake Rd.

Deerlode    MT.    59722
City        State      Zip Code

Acted under Clors of St Law.    ☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name: Bloodworth

Job or Title *(if known)*: Warden

Shield Number: ~N~

Employer: Crossroads Correction Corporation

Address: 50 Crossroad Dr.

Shelby    MT.    ____
City        State      Zip Code

Acted under Clor of St Law    ☒ Individual capacity    ☒ Official capacity

Defendant No. 3

Name: *Shelly Steb*

Job or Title *(if known)*: *Head of Metal Health M.S.P.*

Shield Number: *-N-*

Employer: *State of Montana*

Address: *400 Conley Lake Rd.*

*Acted under Color of St. Law.*

*Deerlodge* (City)   *MT* (State)   *59722* (Zip Code)

☒ Individual capacity   ☒ Official capacity

Defendant No. 4

Name: *Dr. McIlwair*

Job or Title *(if known)*: *Dr at Crossroads Correctional*

Shield Number: *-N-*

Employer: *Crossroads Correction Corporation*

Address: *50 Crossroads Dr.*

*Acted under Color of St. Law*

*Shelby* (City)   *MT.* (State)    (Zip Code)

☒ Individual capacity   ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*The Eighth Amendment, Protection from "Cruel and unusual punishment. By failure to provide Medical Care. A.D.A. Claim Because of Mental Health issues.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*does not apply*

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

---

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

---

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

---

(B) Defendants    Basis for Jurisdiction

Defendautes

Name                          Blausd
Job or Title                  Mental health worker
Sheilal Number                -v-
Employers                     St. of Montanu,
Address                       400 Conley Lake Rd,
                              Deer lodg, Mt, 59722

Acted under Color
of St. Law,        ☒ Individaul Capacity  ☒ offical Capacity


(D)    Section 1983 defenvaits Acted under the Color
of State Law.
        Defendant.
     ① J,m Salmonson' Warden, J,m Acted
under State Law by failure to Train, Supervice
and Desiclipe Staff. "Deliberate indifference"
J,m Salmonson purposely ignoring the "Serious
Medical needs" amounting to cruel and unusual ofte
Pavishment. He did this by refusing to Act
plaintiss. Talked to him, And After sending Many
kites asking for Help.
        Defendant.
     ② Bloodworth, Warden, He Acted under Color of
State Law by Not training, Supervicing, and Deiplin
the Stoff. The State Give him his Attoryty by
Allow him to work at Crossroads Correctionel
facilty.

P. 1

Bloodworth was Deliberate indifference by
ignoring My Medical Condition and Allowing
the Dr. Molnair to Do what every he Wanted.
Then when asked by Plintiff for help. He
ignored plintiff plea for Help.

! 

③ Defendant
        Shelly Steh was given Athority to run
the Mental Health department of Mt. St. Prison
Jim Schmousen Gave he Athority. She Acted under
color of State Law by not following up on Medical
Medication she help percip. to the Defendant. She
and defent Blausd Med. She then ignored me and
me into Susichig. She was Acting under Color of State Law.
By doing So she was deliberat Indifferent.
and was deliberat Indifferent.

④ Defendant:
        Dr. Molnair Acted under Color of State Law. After
By Cutting me off Cold turkey from my Med. After
being ship to shelby Mt. He was Deliberate Indifferent
to my Medical need. And the State of Mt. Gave
him the Athority to do this, He was "Deliberate
indifference" to my Medical Need and Acted under
the Color of State Law.

⑤ Defendant
Charee Blausd, Acted under Color of State Law by
Being "Deliberat. Indifference " to My Medical Need.
By not Allowing me the Drug I needed and Helping
to Violated My 8th Amendment Right, Then He
Ignoring Obvious Condition. Even After he knew
It would cause Pain and Suffering.

D 2

Defendant Violation

(C) ON Dec -4- 2021 Shelly Stehard C6 Chuce
Blaused talk to me, I agreed to Weend me off
the Medication I've been taken for the Last
4 years. Both defendants. Said I would be going
6 mg then every two week go down by $\frac{1}{2}$ mg.
Until, I was weend of the Lorazapam.
    This drug is very Aditive and a Narcotic.

(D.) After agreeing agreening to this 3 days
Later on 12-7-21 I was shiped to Crossroads
Corectianal facility. Then after I got there
instead of 6 mg. they would only give me
1 mg for 4 days. Then after that I was
cut of Cold turkey. I began getting sick
    The frist day then It Just could not
fuction. from 12-7-21 I was put in Medical
Solidatory Confinment. I only remember coming
out a round march 15, 2022.
    I will inclose afidavied I worte about
my exprience there. Warden Bloodworth came to
talk to me 10 or 15 times. Dr Molnair came to
my Cell every day. I guess to see if I was Still
alive. You can have. addictive tolence, withdrawel,
overdose, abuse, congnitive declive, and other risk

p 3

Then on May, 17, 2022 I was sent back
to M.S.P. After coming back I would
complain about neck and back pain due
to what happen at Shellby. They have
given me Lidocaine Patch 5% and
that's it! They have tryed a few diffent
medication since I came back. None have
worked. Mental Healthe here Say's I
will have to deal with the afcels
of this untll I die.
    The hole time I was at shellby
I saw No one. for the three mounts I
was in Solitary in the infrimary. I never
got to use the phone. Not even once. Once
I got back to Deerlodge, I found out the
Warden Bloodworth contacted my family and
asked why I would not behave. When
I came back from Shellby they took every
peice of paper I had, Including Grevinces and
Mental health kits. Since I've been back
has been trying to tell me it never happen.
Since I came back I've filed more
Grivences. And I've Exhausted my remedy, I
have never made it past the Grivence
Stage, They would not let me appeal to Warden
or DOC.

D. 4

I was told, it was over with, and I
got nothing coming. I've tryed to get the
prison Investigate by the prison Investigator.
        And I was wrote up for Asking.
for Help,
        I belive my 8th Amendment Right
Were Violated ("Cruel and unusal punishment)"
    All defendants were Deliberate indifferece
to my "Serious Medical needs." By Cutting me
off of the Medication, I started Halucinating
and had no Control of my actions behavor or
any thing eles.
            This cause me too hurt myself, I was
Told, because I've only got about month 18
months to discarghe. That they would not
do any thing for me.
    (a)    By cutting me off cold turky they
caused the Hurt. That would be the Objective
standard "(Sufficiently Serious)"
    (B)  They knew of and Disregared the Risk.
By cutting me off then not following up
on weening me off shows. They claim C/O
chance Blausd wrote kite, stating he tranzfered my record
to Shellby, So All defendts knew. But when
I get to Shellby, Dr Melvair Disregared the
Risk, then Bloodworth failed to Supervise
Melvair. Dr. Melvair Mental Heath training was
so bad it was Recless.

D ←

Shelly Steh and C/O Chance Blaused Training and there Medical treatment was Not Adequate Psychiatic Medical Care. They agreed to Wean me off the Medication and Yet they knowingly sent me to Shellby were they knew that they did not have the medication I Needed.

I went though Medical and physical Hell for thee Month coming off a Highly Adichive Medicine. The Acted with Deliberatly indiffents by Not treating him Corretly and Denied him treatment all together. I belive they were Experimenting by butting medication in my food and seeing which work and which had Adverces Affects on me.

The failure to train correctional officer's and staff to deal with mentally ill priesovers is also Deliberate indiffence. The Extreme isolation is unconstitional.

After talking to Both stolomensen and Bleadworth Both Act as though I was crazy for asking for Help. All partys inVoled Acted or knew of the risk of serious harm to me and then disregarded the risk by failing to act ressuably to avoid it.

Under Act of Title III of the ADA A.D.A.
by being our having A Mental Disability and
being Denied treatment Caused My Mental
disabilitiey to became a discrimication. When
the defendant took steps to hurt me by
Calling My family and Asking them Why I
wont behave.
         This was to cover there tracks on
allow they to claim there were doing
everything they could.
         After they took me off a Highly Adictive
Medication I have taken for 4 years Cause all
kinds of Mental and phyisal preblems.
         By keeping me in isolation and
not being Able to contact the out side
world was Cruel and unusal punishment.
         Each defendant knew what they were
doing was Wrong and they still did it because
they know they can say I'm Crazy.
         they Acute treatment and the psychesis
and the forced medication they gave me, Caused
unrepairalbe Damage to me. I recived
inadeguate Care. And they all knew it.
         All defendants knew of a sub-
-stantial Risk of Serious harm to me
yet they Disregarded the risk, by failing
to act reasonably to avoid it.
                    P 7

There was a substatial risk to my safety and the prison officals knew of this risk to my safty and they did not try to prevent or stop it. They was no Attempt to Help Me. No reasonable Attempt was Made.

Because of the My 8th Amenment Right Were Violated.

(V.) Injuries

After I got out of Infrimary and then they ship me back to M.S.P. I relized I had neck and Lower back Pain. I've complain at lessed 100 time. Too no Help. I was told I dant have enough time.

(VI.) Relif

I would Like 10 million ~~dolls~~ Dollars and I would also Like Some Medical care from the outside world they can cover the Expences for the next 20 years, any Medical Expendex. I would Also Like INJuxxtion Relief to incloud the fedral Atharty Look into there Metel Heath program for the next 4 years.

P. 8

C.      What date and approximate time did the events giving rise to your claim(s) occur?

---

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

---

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

---

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

---

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

M.S.P. + Crossroads Correctional facility

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

yes it does but was denied

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

At MSP and Crossroads,

2.   What did you claim in your grievance?

The Same as My complaint

3.   What was the result, if any?

They were All denied

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

I talk to Both Warden at each institution and was told by both to go Jump in a Lake.

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

_____

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)  _____

Defendant(s)  _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.  _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

This is My frist auc, I've Never fite before

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7-13-23

| | |
|---|---|
| Signature of Plaintiff | Todd Schrier |
| Printed Name of Plaintiff | Todd SCHRIER |
| Prison Identification # | 915-6692 |
| Prison Address | 700 Conley LK Rd |
| | Deer Lodge    MT    59722 |
| | City    State    Zip Code |

### B.    For Attorneys

Date of signing:    _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ |
| | City    State    Zip Code |
| Telephone Number | _____ |
| E-mail Address | _____ |